*****Please be advised that the use of these forms may not be proper for your specific legal situation*****
****Please make an independent determination whether use of these forms is appropriate****

## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

Anthony Butler

(Enter full name of each Plaintiff, above)

vs.

Bobcat Dosan
( Gwinner Location )

(Enter full name of each Defendant, above)

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Civil Case No. _____
(To be assigned by Clerk of Court)

JURY TRIAL DEMANDED ☐ Yes ☐ No
(Check one)

## COMPLAINT

**I. JURISDICTION.** State the grounds for filing this case in Federal Court (include federal statutes or U.S. Constitutional provisions). I was harassed by the following defendent Brad Bradymer being called Bitch, and then second time lead to assault. I did everything I could to get it resolved. Nothing was taken to action I am hold Bobcat Mangement team and my Union accountable for not taking action to get it resolved.

**SAMPLE COMPLAINT**                                    1

**II. PLAINTIFF.** For each Plaintiff list: name and address including City, County and State.

Anthony Butler
1615 16th St SW 1A
Jamestown, ND 58402

**III. DEFENDANT.** For each Defendant list: name and address including City, County and State.

Bobcat Dosan
Gwinner ND

Jon Ness - Human Resources
Brian Johnson - Supervisor
Pat - Union Pres.
Travis - Union V-Pres.
Brad Bradymer (employee)

**SAMPLE COMPLAINT**                                    2

**IV. CLAIM.** State the facts of your claim. Include the name of each person involved, dates and places. Be as specific as possible. Do not give any legal argument or cite any cases or statutes. Use additional sheets of paper if necessary.

I worked at Bobcat for sometime. In May 07, 2014 Brad Bradymer was moving my cart back causing harm on my right side. I (Anthony Butler) confronted him. Brad call me a "Bitch". I went to Brian Johnson about the situation. I asked to fill out an accident report for it. I asked to be moved after then and wasn't. July 11, 2014 worked that night welding Bobtatches. As I picked up one out the floor to weld. Brad Bradymer then aggressivly try to take the work from me with no explanation of why. He then pushed me away. I went to Dennise a supervisor in large boom. Then Dennise paged Brian Johnson explained about what happened. I then explained to Brian what happened he then told me to sit in the breakroom. Brad was still working on the floor they then sent me home, told to go home and talk to Jon Ness (HR) in the morning. I then talked to my union president (Pat). Did not talk to Jon Ness or anybody at that time. (continued next page)

**V. ADMINISTRATIVE PROCEDURES.** If applicable, state whether your claim was heard by any administrative agencies; the type of proceedings; the date and place of any proceedings; the outcome of any administrative proceedings.

EEOC file number 444-2014-01435

ND # NDE1503087

Race discrimination

**SAMPLE COMPLAINT**                                3

My right shoulder had been hurting from the altercation. I went to the doctor that when I found out rotary was strained in my right shoulder. When I went Monday morning I explained to Jon and the Union that I did not feel confortable working in this enviroment. I was made to come to work when there was ~~~~ no decesion made from the ~~ altercation of July 11. I tried filing charges with the sheriff department. Jon Ness told them "that he had it all ~~~~ under ~~~~ control. I did everything I could to get this matter taking care of. Having two altercation with same ~~ person being Brad Bradymer calling me a "Bitch" and then second time being assault. I felted that I was working in a hostile enviroment. Leading me to resign from Bobcat.

**VI. RELIEF.** State what you want the Court to do for you.

I would like the court to have Bobcat pay me from the day I gave them my resignation of July 24, 2014 until the case is closed. I was making 23.61 an hr and any overtime the company required employees to work. I had three injuries while working. I received gash between my eyes because of the heat I passed out. Was denied for the injury and the others caused by Brad Bradymer which both led to injuries.

**VII. SIGNATURE.** Each Plaintiff must individually sign this complaint.

Signed this 23 day of Febuary, 2016.

_Anthony Butler_
Signature of Plaintiff

Anthony Butler
Printed Name of Plaintiff

1615 16th St SW 1A
Mailing Address

Jamestown, ND 58402
City, State, Zip Code

701-269-6153
Telephone Number of Plaintiff

_____
Signature of Plaintiff

_____
Printed Name of Plaintiff

_____
Mailing Address

_____
City, State, Zip Code

_____
Telephone Number of Plaintiff

**SAMPLE COMPLAINT**                           4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

|  |  |
|---|---|
| Plaintiff(s), | **CERTIFICATE OF SERVICE** |
| v. | Case No . |
| Defendant(s). |  |

I hereby certify that an exact copy of the following document(s) was served upon all attorneys of record or upon all parties, if not represented by an attorney, by placing a copy in the United States Mail, postage prepaid, and mailing to their last known address.

Document(s) sent:

Names & Addresses to which the document(s) was sent:

Dated: _____

_____
Signature of Plaintiff